UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JENNIFER BUCHANAN,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No.  26-cv-02571-RMI

**ORDER ON NOTICE OF ERRATA DIRECTING CLERK OF COURT TO DESIGNATE DOCKET 1 AS FILED IN ERROR**

Re: Dkt. No. 3

Upon consideration of Plaintiff's Notice of Errata and request for the removal of the incorrectly filed complaint and related exhibits at Docket No. 1, the error is acknowledged and the request is **GRANTED**. The Clerk of Court is **DIRECTED** to designate the filings at Docket No. 1 as filed in error or to otherwise indicate that those documents are incorrect and superseded by the documents filed at Docket Entry No. 4.

**IT IS SO ORDERED.**

Dated: March 27, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California